IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN NOVOTNY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, L.P. and NATIONSTAR, MORTGAGE, LLC,<br><br>　　　　　Defendants. | CV-15-12-BU-BMM-JCL<br><br>ORDER |

　　　Defendant Nationstar Mortgage LLC has moved this Court for an Order resetting the date of the preliminary pretrial conference along with the corresponding deadlines for filing the joint discovery plan, statement of stipulated facts, and preliminary pretrial statements. Plaintiff and co-Defendant Bank of America do not object to the motion.

　　　The Court finds good cause exists to move the date of the pretrial conference and the deadlines for the parties' related submissions. Accordingly, IT IS HEREBY ORDERED that Nationstar's Unopposed Motion is GRANTED. The preliminary pretrial conference set for June 24, 2015, is VACATED, and is reset for July 22, 2015, at 3:30 p.m., and will be conducted telephonically. All counsel

1

shall call 1-877-336-1839 at the designated time to participate in the scheduling conference. When prompted, enter the access code 7360693 followed by #.

On or before July 15, 3015, the parties shall file their joint discovery plan, each party shall file a preliminary pretrial statement, and the Plaintiff shall file a statement of stipulated facts to which all parties agree, all as detailed in the Court's Order entered on March 31, 2015.

DATED this 3rd day of June, 2015.

Jeremiah C. Lynch
United States Magistrate Judge